NORA McMAHON, Respondent, v. IVAR MAY, Appellant.— It may be that the questions passed upon by us in the pioneer case are involved in this case. We reverse the order, but without costs, and grant the motion to extend the time to make and serve a case for twenty days from the entry of this order, on condition that the defendant forthwith pay the plaintiff ten dollars costs of the motion.   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ROMANO, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed.   No opinion.   Rich, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of JEREMIAH H. LYONS, Respondent, v. LEAF MANUFACTURING COMPANY, INC., Appellant.— Judgment of conviction of the Court of Special Sessions affirmed.   No opinion.   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

JACOB SCHONBERGER, as Administrator, etc., of SELMA SCHONBERGER, Deceased, Respondent, v. LEWIS FRISSE, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

FREDERICK E. SCOFIELD, Respondent, v. M. A. COLLINS & COMPANY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Rich, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.